# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:  JEFFREY S CURNOW　　　　　　　　§　　　Case No.: 11-05328
　　　　BARBARA R CURNOW　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)　　　　　　　　　　　　§
--------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/11/2011.

2) This case was confirmed on 04/21/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/14/2012.

6) Number of months from filing to the last payment: 11

7) Number of months case was pending: 12

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   17,325.05

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 11,111.04 |
| Less amount refunded to debtor | $     925.92 |
| **NET RECEIPTS** | $ 10,185.12 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $  2,990.00 |
| Court Costs | $       .00 |
| Trustee Expenses and Compensation | $    533.39 |
| Other | $       .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $  3,523.39 |
| Attorney fees paid and disclosed by debtor | $    510.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING | SECURED | 1,522.05 | .00 | .00 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 6,732.95 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | OTHER | .00 | NA | NA | .00 | .00 |
| MAZDA AMERICAN CREDI | SECURED | 6,122.00 | 6,167.17 | .00 | .00 | .00 |
| FRANCHISE TAX BOARD | PRIORITY | 939.00 | 989.64 | 989.64 | 665.90 | .00 |
| FRANCHISE TAX BOARD | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,639.00 | 14,404.01 | 14,404.01 | 5,995.83 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| ACADEMY COLLECTION S | UNSECURED | 416.00 | NA | NA | .00 | .00 |
| ACADEMY COLLECTION S | OTHER | .00 | NA | NA | .00 | .00 |
| ACADEMY COLLECTION S | OTHER | .00 | NA | NA | .00 | .00 |
| ADVANCED BREAST CENT | UNSECURED | 201.00 | NA | NA | .00 | .00 |
| ADVANCED BREAST CENT | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 333.00 | 432.52 | 432.52 | .00 | .00 |
| ALLTEL COMMUNICATION | OTHER | .00 | NA | NA | .00 | .00 |
| GLOBAL CARE | UNSECURED | 1,165.00 | NA | NA | .00 | .00 |
| SAN MARINO FIRE DEPT | UNSECURED | 223.00 | NA | NA | .00 | .00 |
| SAN MARINO FIRE DEPT | UNSECURED | 233.00 | NA | NA | .00 | .00 |
| AMERICASH ADVANCE LL | UNSECURED | 1,150.00 | NA | NA | .00 | .00 |
| ARLINGTON RIDGE PATH | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 55.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GPS SURGICAL ASSOCIA | UNSECURED | 771.00 | NA | NA | .00 | .00 |
| RADIOLOGY SPECIALITS | UNSECURED | 52.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 4,306.00 | 4,417.92 | 4,417.92 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 4,099.00 | NA | NA | .00 | .00 |
| BANK OF AMERICAN | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF THE WEST | UNSECURED | 10,366.00 | NA | NA | .00 | .00 |
| BANK OF THE WEST | OTHER | .00 | NA | NA | .00 | .00 |
| THE BEST SERVICING C | UNSECURED | 512.00 | 515.12 | 515.12 | .00 | .00 |
| BANK OF THE WEST | OTHER | .00 | NA | NA | .00 | .00 |
| WEST BAY ACQUISITION | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| BILL ME LATER | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| CHASE BP | UNSECURED | 922.00 | NA | NA | .00 | .00 |
| CHASE BP | OTHER | .00 | NA | NA | .00 | .00 |
| BP/CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| METHODIST HOSP OF CA | UNSECURED | 262.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 5,416.00 | 3,755.10 | 3,755.10 | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 2,150.00 | 10,610.29 | 10,610.29 | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CARE CREDIT/GEMB | UNSECURED | 3,397.00 | NA | NA | .00 | .00 |
| CARE CREDIT/GEMB | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 5,500.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 10,000.00 | NA | NA | .00 | .00 |
| CHASE/AMAZON VISA | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| CHASE/AMAZON VISA | OTHER | .00 | NA | NA | .00 | .00 |
| CHELA/SALLIE MAE | UNSECURED | 6,722.00 | NA | NA | .00 | .00 |
| SALLIE MAE | OTHER | .00 | NA | NA | .00 | .00 |
| CHICAGO TRIBUNE | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| CHICAGO TRIBUNE | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 3,525.00 | 3,636.49 | 3,636.49 | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 847.00 | NA | NA | .00 | .00 |
| CITIBANK USA | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK USA | OTHER | .00 | NA | NA | .00 | .00 |
| COLUMBIA GAS OF KENT | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| UN COLLECTIONS TOLED | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 113.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| CONGRESS ASSOCIATES | UNSECURED | 41.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| GENESIS FINANCIAL SO | UNSECURED | 596.00 | 643.05 | 643.05 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CROSS COUNTRY BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CROSS COUNTRY BANK | OTHER | .00 | NA | NA | .00 | .00 |
| SCH LABORATORY PHYSI | UNSECURED | 310.00 | NA | NA | .00 | .00 |
| SCH LABORATORY PHYSI | OTHER | .00 | NA | NA | .00 | .00 |
| DIAGNOSTIC RADIOLOGY | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| DIAGNOSTIC RADIOLOGY | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 358.00 | NA | NA | .00 | .00 |
| DIRECT TV | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT TV | OTHER | .00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 5,132.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| DR STEPHEN A MADRY M | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| DR STEPHEN A MADRY M | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF PASADENA | UNSECURED | 144.00 | 143.70 | 143.70 | .00 | .00 |
| CITY OF PASADENA TRE | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 340.00 | 340.57 | 340.57 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 317.00 | 364.47 | 364.47 | .00 | .00 |
| GAP/MCCBG | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| GAP/MCCBG | OTHER | .00 | NA | NA | .00 | .00 |
| GATEWAU/HURLEY STATE | UNSECURED | 3,540.00 | NA | NA | .00 | .00 |
| GATEWAY/HURLEY STATE | OTHER | .00 | NA | NA | .00 | .00 |
| GATEWAY/HURLEY STATE | OTHER | .00 | NA | NA | .00 | .00 |
| GENESIS CLINICAL LAB | UNSECURED | 174.00 | NA | NA | .00 | .00 |
| GENESIS CLINICAL LAB | OTHER | .00 | NA | NA | .00 | .00 |
| GOLF DIAGNOSTIC CENT | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| GOVERNMENT EMPLOYEES | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| GOVERMENT EMPLOYEES | OTHER | .00 | NA | NA | .00 | .00 |
| GPS SURGICAL ASSOCIA | UNSECURED | 772.00 | NA | NA | .00 | .00 |
| GPS SURGICAL ASSOCIA | OTHER | .00 | NA | NA | .00 | .00 |
| TORRANCE MEMORIAL ME | UNSECURED | 652.00 | NA | NA | .00 | .00 |
| HEALTHCARE RECOVERY | OTHER | .00 | NA | NA | .00 | .00 |
| TORRANCE MEMORIAL ME | UNSECURED | 273.00 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | UNSECURED | 1,640.00 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | OTHER | .00 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | OTHER | .00 | NA | NA | .00 | .00 |
| HRC | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 264.00 | 826.66 | 826.66 | .00 | .00 |
| RESURRECTION MEDICAL | UNSECURED | 148.00 | NA | NA | .00 | .00 |
| RESSURECTION MEDICAL | OTHER | .00 | NA | NA | .00 | .00 |
| JAMES & MARGARET CUR | UNSECURED | 15,495.00 | NA | NA | .00 | .00 |
| LAKEVIEW FAMILY DOCT | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| LEXINGTON CLINIC | UNSECURED | 103.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LEXINGTON CLINIC | OTHER | .00 | NA | NA | .00 | .00 |
| ADVANTAGE ASSETS INC | UNSECURED | 847.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 987.00 | 1,006.30 | 1,006.30 | .00 | .00 |
| LVNV FUNDING LLC | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | OTHER | .00 | NA | NA | .00 | .00 |
| MARGARET CURNOW | UNSECURED | 4,000.00 | NA | NA | .00 | .00 |
| MARY RONDENET & ISRA | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 309.00 | 311.95 | 311.95 | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 2,300.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | OTHER | .00 | NA | NA | .00 | .00 |
| PAYPAL BUYER CREDIT | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| RAFAEL VELASCO LANDS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| RISING SUN VETERINAR | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| RMC EMERGENCY PHYSIC | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| RMC EMERGENCY PHYSIC | OTHER | .00 | NA | NA | .00 | .00 |
| RMC EMERGENCY PHYSIC | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| RUTH DIGREGORIO | UNSECURED | 19,958.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 6,257.00 | 6,458.95 | 6,458.95 | .00 | .00 |
| SOUTHERN CALIFORNIA | UNSECURED | 129.00 | 104.63 | 104.63 | .00 | .00 |
| SOUTHERN CALIFORNIA | OTHER | .00 | NA | NA | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | 87.00 | NA | NA | .00 | .00 |
| SUBURBAN EAR NOSE & | UNSECURED | 212.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 23,165.00 | 23,636.83 | 23,636.83 | .00 | .00 |
| SUNTRUST BANK | OTHER | .00 | NA | NA | .00 | .00 |
| SUNTRUST BANK | OTHER | .00 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| SWEDISH COVENANT MED | OTHER | .00 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF THE WEST | UNSECURED | 512.00 | NA | NA | .00 | .00 |
| THE GAS COMPANY | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 674.00 | 674.35 | 674.35 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 877.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | OTHER | .00 | NA | NA | .00 | .00 |
| WEST BAY ACQUISITION | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| WEST BAY ACQUISITION | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL RECOVERY AG | OTHER | .00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 379.00 | 379.12 | 379.12 | .00 | .00 |
| NATIONS RECOVERY CEN | OTHER | .00 | NA | NA | .00 | .00 |
| WFNNB/NEWPORT NEWS | OTHER | .00 | NA | NA | .00 | .00 |
| WFNNB/NEWPORT NEWS | OTHER | .00 | NA | NA | .00 | .00 |
| JAMES CURNOW | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | NA | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND CREDIT MANAG | UNSECURED | NA | 938.87 | 938.87 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 2,900.00 | NA | NA | .00 | .00 |
| CANDICA LLC | OTHER | NA | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | NA | 4,375.35 | 4,375.35 | .00 | .00 |
| PODS | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | NA | 2,764.87 | 2,764.87 | .00 | .00 |
| FRANCHISE TAX BOARD | UNSECURED | NA | 250.48 | 250.48 | .00 | .00 |
| SALLIE MAE INC | UNSECURED | NA | 6,697.18 | 6,697.18 | .00 | .00 |
| FINANCIAL CREDIT NET | UNSECURED | NA | 143.70 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 15,393.65 | 6,661.73 | .00 |
| **TOTAL PRIORITY:** | 15,393.65 | 6,661.73 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 73,284.77 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,523.39 |
| Disbursements to Creditors | $ | 6,661.73 |
| **TOTAL DISBURSEMENTS:** | $ | 10,185.12 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   02/14/2012                          /s/ Tom Vaughn
                                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**